**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 9, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00066-CV

---

### SANDRA GEIS, Appellant

### V.

### MADISUN KENZI GEIS AND PAIGE LAUREN GEIS, Appellees

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-78903**

---

### MEMORANDUM  OPINION

This is an attempted appeal from a judgment signed October 24, 2018 granting summary judgment. The record reflects that this is an interlocutory order. The order does not address appellees' request for attorney's fees.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total*

*Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *see also Fleming & Associates, L.L.P. v. Kirklin*, 479 S.W.3d 458, 461 (Tex. App.—Houston [14th Dist.] 2015, pet. denied) (per curiam) ("A summary judgment that does not dispose of attorneys' fees is not a final, appealable order.").

The order on summary judgment does not dispose of all parties and all claims and no statute explicitly provides for an appeal from this interlocutory order. Accordingly, this court does not have jurisdiction over the summary judgment appeal. The appeal is ordered dismissed.


PER CURIAM


Panel Consists of Justices Wise, Zimmerer, and Spain.